United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NIEVES ALEMAN-ZURITA § | |
| § | |
| § | CIVIL ACTION NO. 7:25-CV-037 |
| VS. § | |
| § | CRIMINAL ACTION NO. 7:22-CR-1917-1 |
| UNITED STATES OF AMERICA § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Aleman-Zurita's action pursuant to 28 U.S.C. § 2255. After having reviewed the Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court. It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that United States' Motion for Summary Judgment should be **GRANTED**, the Motion to Vacate Sentence under 28 U.S.C. § 2255 should be **DISMISSED**, and that a certificate of appealability should be **DENIED**.

The Clerk shall send a copy of this Order to the Petitioner and counsel for Respondent.

SO ORDERED January 22, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge